## PROFIT AND LOSS STATEMENT FOR DON MEISSNER
### (Self-Employed Massage Therapist and Uber Driver)

January 1, 2020 thru February 29, 2020

| | |
|---|---|
| GROSS REVENUE (Massage & Uber) | $7,030.00 |
| BUSINESS EXPENSES: | |
| Gas | $400.00 |
| Auto Insurance | $280.00 |
| Advertising | $280.00 |
| Taxes | $400.00 |
| Car Maintenance/Supplies | $240.00 |
| TOTAL EXPENSES | $1,600.00 |
| BUSINESS NET INCOME | $5,430.00 |