IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Don Meissner | : CHAPTER 13 |
| Debtor | : |
| | : NO. 20-11754 ELF |

HEARING: August 4, 2020
TIME: 1:00 p.m.
COURTROOM: 1

## CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Notice and Objection to Toyota Motor Credit Corporation's (Claim #3) Proof of Claim was served via first class mail, postage prepaid or electronically on July 2, 2020, to the following:

Frederic J. Baker, Esquire
Asst. U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca Solarz, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr.
701 Market St.
Attn: Bankruptcy Dept.
Philadelphia, PA 19106

Toyota Motor Credit Corp.
Bonial & Associates
P.O. BOX 9013
Attn: Bankruptcy Dept.
Addison, TX 75001

Don Meissner
49 Bachman Street
Hellertown, PA 18055-1305


7-2-20
　Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor