# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Don Meissner            : CHAPTER 13
        Debtor                 :
                                  : NO. 20-11754 ELF

       HEARING: August 4, 2020
       TIME: 1:00 p.m.
       COURTROOM: 1

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of Debtor's Motion to Determine Value of Security and Creditor's Allowed Secured Claim Held by Toyota Motor Credit Corp., along with Notice of Motion, Response Deadline and Hearing Date and Proposed Order were served either by mailing such copies by first class, postage prepaid or electronically on July 2, 2020, to the following parties.

Frederic J. Baker, Esquire
Asst. U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca Solarz, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr.
701 Market St.
Attn: Bankruptcy Dept.
Philadelphia, PA 19106

Toyota Motor Credit Corp.
Bonial & Associates
P.O. BOX 9013
Attn: Bankruptcy Dept.
Addison, TX 75001

Don Meissner
49 Bachman Street
Hellertown, PA 18055-1305

 7-2-20                                                                \s\ MICHAEL A. LATZES
  DATE                                                        MICHAEL A. LATZES, ESQUIRE
                                                              Attorney for Debtor