UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Don Meissner | : |
| | : |
|          Debtor(s) | : NO.   20-11754 ELF |

## AMENDED CERTIFICATION OF NO OBJECTION OR RESPONSE

   I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Motion for Application of Counsel Fee and Reimbursement of Costs with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on November 11, 2020, to the trustee and all interested parties.

   Counsel certifies that more than twenty-one  (21) days have elapsed since the serving of said notice and neither an objection to the compensation nor an application for administrative expenses have been filed in the above-referenced case and therefore requests that this court award attorney compensation of $4,500.00.

| | |
|---|---|
|  12-7-20 |    /s/    MICHAEL A. LATZES |
|    Date | MICHAEL A. LATZES, ESQUIRE |
| | 1528 Walnut Street, Suite 700 |
| | Philadelphia, PA   19102 |
| | (215) 545-0200 (Phone) |
| | (215) 545-0668 (Fax) |