IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DON MEISSNER,<br>        Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>        Movant,<br><br>    v.<br><br>DON MEISSNER,, and<br>WILLIAM C. MILLER, Trustee,<br><br>        Respondents. | Bankruptcy No. 20-11754-elf<br><br>Chapter 13<br><br>Document No. |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 8, 2021, I served copies of the Limited Motion for Relief from the Automatic Stay and the Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Don Meissner<br>49 Bachman Street<br>Hellertown, PA 18055 | Michael A. Latzes<br>Law Offices of Michael A. Latzes<br>1528 Walnut Street<br>Suite 700<br>Philadelphia, PA 19102<br>efiling@mlatzes-law.com |
| William C. Miller, Esq.<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>ecfemails@ph13trustee.com | Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106<br>ustpregion03.ha.ecf@usdoj.gov |

                          By: /s/ Keri P. Ebeck
                          Keri P. Ebeck, Esq.
                          PA I.D. # 91298
                          kebeck@bernsteinlaw.com
                          707 Grant Street
                          Suite 2200, Gulf Tower
                          Pittsburgh, PA 15219
                          Phone (412) 456-8112
                          Fax (412) 456-8135