# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: DARLENE THREATT**              :       **BK NO.: 16 – 10463 amc**

## ORDER

   **AND NOW,** upon consideration of the Debtor's ~~Motion To  Reinstate and~~ *R*

Motions for Leave to Sell Free and Clear of Liens and Encumbrances (the "Motions"),

and Motion of Expedited Hearing thereto, its is hereby ORDERED, that the Motion

for Expedited Hearing is Granted, and it is further; ORDERED, that a hearing to

consider the Motion shall be and hereby is scheduled for   *December 6, 2016*

*at 11 am*                      , United States Bankruptcy Court,

900 Market Street, 2nd Fl. Courtroom No.: 5, Philadelphia, Pa. 19107, and it is

further:

~~hearing on Debtors' Motion to Extend the Exclusivity Periord, and it is further;~~  *R*

   ORDERED, that Movant shall provide notice of this Ordered and Motion to

the Office of the U.S. Trustee and all creditors and parties in interest via electronic

mail or first class mail by  *Nov. 28* ,                      , 2016

*11/23/2016*          _____
                     Ashely M. Chan, U.S. Bankruptcy Judge